02-13-055-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00055-CV

 

 


 
 
 In re donny gene lambert
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The court has considered relator’s pro se petition for writ of mandamus
and is of the opinion that it has no jurisdiction over the relief requested.[2] 
Accordingly, relator’s petition for writ of mandamus is dismissed for
want of jurisdiction.

 

PER CURIAM

 

 

PANEL: 
GARDNER, DAUPHINOT, and GABRIEL, JJ.

 

DELIVERED:
 March 21, 2013









[1]See
Tex. R. App. P. 47.4, 52.8(d).





[2]See
Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2012); Bd. of
Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth
Dist., 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding); In
re Watson, 253 S.W.3d 319, 320 (Tex. App.—Amarillo 2008, orig. proceeding)
(holding that if an applicant finds it necessary to complain about an action or
inaction of the convicting court in a post-conviction habeas corpus proceeding,
an applicant may seek mandamus relief from the Texas Court of Criminal
Appeals).